v. Robert Salzman v. Megan Farley Robert Salzman v. Kevin Christmas